UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARKKIS PORSCHE SONIER,

         Plaintiff,

     v.

CDCR, et al.,

         Defendants.

Case No. 24-cv-04567-NW

**ORDER DENYING PLAINTIFF'S MOTIONS FOR DISCOVERY, "MOTION IN OPPOSITION" TO DEFENDANTS' REQUEST FOR EXTENSION OF TIME**

Re: ECF Nos. 62, 63, 64

Plaintiff Markkis Porsche Sonier, a *pro se* prisoner; filed a motion seeking discovery and a motion expressing opposition to Defendants' request for an extension of time to file a dispositive motion.  *See* ECF Nos. 62, 63, 64.

As to Sonier's motions for discovery, *see* ECF Nos. 62 and 64, the Court already explained in a prior order that "the proper remedy to address any discovery concerns is for Sonier to work with Defendants to resolve them, then file a motion to compel discovery under Federal Rule of Civil Procedure 37" if those concerns are not addressed through the meet and confer process.  ECF No. 61 at 4.  The Court also explained that it "will not consider a motion to compel that does not include information regarding meet and confer attempts." *Id.*  As Sonier does not include what meet and confer attempts, if any, he made prior to filing, his motions for discovery are **DENIED** without prejudice to Sonier first working with Defendants to obtain the discovery he seeks.

As to Sonier's motion "in opposition" to Defendants' requested extension of time to file a dispositive motion, *see* ECF No. 63, which the Court granted on June 10, 2026, Sonier's motion is **DENIED**.  In his motion, Sonier alleges that he is prejudiced by Defendants' 30-day extension of time due to his fading memory; he also accuses—in conclusory fashion—Defendants of seeking the extension of time in bad faith.  While the Court is concerned about continued delays, the

United States District Court
Northern District of California

delays in this matter are not solely attributable to Defendants' actions. In addition to the documented service issues in this matter, Sonier: filed numerous motions; requested a one-year stay of this matter; and refused to sit for a deposition on April 29, 2026. Each of these events contributed to the delays in this case. Defendants showed good cause for a short extension of time to file their dispositive motion following Sonier's rescheduled deposition. *See* ECF Nos. 43, 59, 61. Nothing in Sonier's motion warrants a different outcome.

**IT IS SO ORDERED.**

Dated: June 18, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2