UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARKKIS PORSCHE SONIER,

          Plaintiff,

    v.

CDCR, et al.,

          Defendants.

Case No. 24-cv-04567-NW

**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Re: ECF No. 66

Plaintiff Markkis Porsche Sonier, a prisoner proceeding *pro se*, filed a motion requesting a 90-day extension of time to file a dispositive motion so he may seek an attorney and pursue further discovery. *See* ECF No. 66. As Plaintiff has not been ordered to file a dispositive motion and has no pending deadline to do so, the motion is **DENIED** as moot. To the extent that Sonier seeks an extension of time to file a response to Defendants' dispositive motion, his request is untimely because Defendants' dispositive motion is not yet pending.

As a reminder, Defendants' dispositive motion is currently due on July 9, 2026. *See* ECF No. 61 at 6. After Defendants file their motion, Plaintiff's opposition will be due no later than 28 days from the date the motion is filed. In the meantime, the parties are encouraged to ensure discovery is completed as soon as possible to avoid further delays.

**IT IS SO ORDERED.**

Dated: July 6, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California